IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 JUN -2 P 12: 41

Xavier Johnson 227875
**Full name and prison number
Of Plaintiff(s)**

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Kim Thomas, Commissioner
Dept. of Corrections et.al.,

CIVIL ACTION NO. 2:14-cv-403-MEF
**(To be supplied by Clerk of
U.S. District Court)**

_____

_____

_____

**Name of person(s) who violated
Your constitutional rights.
(List the names of all
persons.)**

I.   **PREVIOUS LAWSUITS**

   A.   **Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )  NO (✓)**

   B.   **Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )    NO (✓)**

   C.   **If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)**

      1.   **Parties to this previous lawsuit:**

           **Plaintiff(s)** Xavier Johnson _____

           **Defendant(s)** Kim Thomas, Commissioner
           Department of Corrections _____

      2.   **Court )if federal court, name the district; if
           state court, name the county)**_____

           _____

1

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

_____

5.   Disposition (for example: Was the case dismissed?
     Was it appealed? Is it still pending?) _____

_____

6.   Approximate date of filing lawsuit *5/22/ 2014*

7.   Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT *Limestone Correctional Facility*

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
*Limestone Correctional Facility*

III.  NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.

|     | NAME | ADDRESS |
| --- | --- | --- |
| 1. | *Kim Thomas, Comm. Dept. Of Corr.* | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED *2005 - 2014*

_____

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
      THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____ *See attached Sheet*

_____

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

_____

_____

_____

_____

_____

**GROUND TWO:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___ 5 / 22 / 2014 ___ .
              (Date)

_____
Signature of plaintiff(s)

4

Xavier Johnson #222878
Limestone Correctional Facility
B-Dorm
28779 Nick Davis Rd
Harvest, Al 35749

This correspondence is forwarded from an Alabama State Prison. The Contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication.

LEGAL MAIL

,

BIRMINGHAM
AL 350



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.69⁰
02 1M
0008007241      MAY 27  2014
MAILED FROM ZIP CODE 35749

United States District Court
Middle District
~~P.O.Box    301555~~  1 Church St
Montgomery,  Al.  36130-1555

36130155555



Law Library Use Only

MAY 2 3 2014

By:_____